

**Matthew J. Bizzaro**
Associate
mbizzaro@lbcclaw.com

**Writer's Direct Dial**
(516) 837-7441

Attorneys at Law

**L'Abbate, Balkan, Colavita & Contini, L.L.P.**
1001 Franklin Avenue, Garden City, New York 11530
T. 516.294.8844  F. 516.294.8202
www.lbcclaw.com

July 30, 2012

*VIA ECF*

Hon. Magistrate Judge Viktor V. Pohorelsky
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Torres, Leilani v. Toback, Bernstein & Reiss, LLP et al*
Index No.        :    1:11-CV-01368
Our File No.    :    11 169L 95862

Dear Honorable Sir:

We represent the defendants in the above-referenced Fair Debt Collection Practices Act matter ("Defendants").

We are in receipt of plaintiff's letter to Your Honor dated July 26, 2012.  While Defendants do not oppose plaintiff's withdrawal of her motion seeking to strike Defendants' offer of judgment, we do not agree that the recent filing of the motion seeking class certification renders the offer moot.

Thank you for your kind consideration of this letter.  If Your Honor has any questions, please feel free to contact the undersigned.

Respectfully submitted,

L'ABBATE, BALKAN, COLAVITA
& CONTINI, L.L.P.

Matthew J. Bizzaro

MJB
cc:   Ahmad Keshavarz, Esq. (via ECF)
        Brian Bromberg, Esq. (via ECF)