# AHMAD KESHAVARZ
*Attorney at Law*

---

| 16 COURT ST., 26TH FLOOR<br>BROOKLYN, NY 11241-1026 | WWW.NEWYORKCONSUMERATTORNEY.COM<br>E-mail: ahmad@NewYorkConsumerAttorney.com | PHONE: (718) 522-7900<br>FAX:  (877) 496-7809 |
|---|---|---|

March 18, 2016

Magistrate Judge Viktor V. Pohorelsky
225 Cadman Plaza East
Brooklyn, New York 11201

    <u>*Via ECF*</u>

    Re:    **Agreed letter request to extend the deadline to file a fee application.**

            **Case No. 11-cv-01368-JBW-VVP,** *Leilani Torres v. Toback, Bernstein & Reiss, LLP, et al* **, Eastern District of New York.**

Dear Judge Pohorelsky:

    The undersigned, with co-counsel, represents Plaintiff in this FDCPA class action.

    On October 1, 2016, Your Honor issued a Final Judgment certifying the class [DE 98]. The final judgment had April 7, 2016 as the deadline for Plaintiffs to file a fee petition. The lengthy time between the entry of the final judgment and the fee petition was for Defendants to perform a "corrected accounting."  As Your Honor noted in your order of September 29, 2016 [DE 97], "As the administration of the settlement including the recalculation of amounts owed on the debts of the class members will take a considerable amount of time the parties do not anticipate making a fee petition (if they cannot agree on the fee issue) until March of next year. An extension of the time for such a petition is granted." (The final order set April 7, 2016 as the deadline).

    The checks to class members for the Perkins Class and the Education Class have already been mailed. However, the calculation for the "corrected accounting" is taking longer than anticipated. Therefore, the parties respectfully request that the deadline for Plaintiff to file a fee application be extended by 90 days to July 22, 2016. Plaintiff anticipates arguing that the amount of the "corrected accounting" is a substantial factor in determining the "degree of success" for the fee application. Therefore, it is important to Plaintiff to have the "corrected accounting" calculated prior to the fee petition.

    This is the parties' first request for extension of the fee application deadline.

Respectfully Submitted,

/s/
Ahmad Keshavarz

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Defendants by and through their attorneys of record
>Matthew J. Bizzaro
>Marian C. Rice
>L'Abbate, Balkan, Colavita & Contini, L.L.P.
>1001 Franklin Avenue
>Garden City, NY 11530
>Telephone: (516) 294-8844
>Fax: (516) 294-8202
>E-Mail: mbizzaro@lbcclaw.com
>
>co-counsel for Plaintiff
>Brian L. Bromberg
>Bromberg Law Office, P.C.
>40 Exchange Place, Suite 2010
>New York, NY 10005
>Tel: 212-248-7906
>Fax: 212-248-7908
>E-mail: brian@bromberglawoffice.com

Dated:  Brooklyn, NY
        March 18, 2016
         /s/
        Ahmad Keshavarz
        Attorney for Plaintiff