

**Matthew J. Bizzaro**
**Partner**
mbizzaro@lbcclaw.com

Writer's Direct Dial
(516) 837-7441

Attorneys at Law
**L'Abbate, Balkan, Colavita & Contini,** L.L.P.
1001 Franklin Avenue, Garden City, New York 11530
T. 516.294.8844  F. 516.294.8202
www.lbcclaw.com

May 20, 2016

***VIA ECF***

Hon. Magistrate Judge Viktor V. Pohorelsky
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   *Torres, Leilani v. Toback, Bernstein & Reiss, LLP et al.*
            Case No.: 1:11-CV-01368

Dear Honorable Sir:

      We represent the defendants, Toback, Bernstein & Reiss LLP, Lorraine Campbell, Arthur M. Toback, Brian K. Bernstein and Leonard S. Reiss in the above-referenced Fair Debt Collection Practices Act matter.

      We write this letter to advise that the parties are in the "corrected accounting" phase of the settlement. One of the defendants with the most knowledge of the relevant payments made by Perkins Class members, however, was recently in a serious car accident. Therefore, the consummation of the settlement has been delayed.

      Due to the unfortunate incident referred to above, the parties respectfully request a 90 day extension of time to complete this portion of the settlement.

      Thank you for your kind consideration of this letter. If Your Honor has any questions, please feel free to contact the undersigned.

                              Respectfully submitted,

                              MATTHEW J. BIZZARO

MJB:aat
cc:   Ahmad Keshavarz, Esq. (via ECF)
       Brian Bromberg, Esq. (via ECF)