

**Matthew J. Bizzaro**
Partner
mbizzaro@lbcclaw.com

Writer's Direct Dial
(516) 837-7441

Attorneys at Law
**L'Abbate, Balkan, Colavita & Contini,** L.L.P.
1001 Franklin Avenue, Garden City, New York 11530
T. 516.294.8844  F. 516.294.8202
www.lbcclaw.com

June 24, 2016

*VIA ECF*

Hon. Magistrate Judge Viktor V. Pohorelsky
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Torres, Leilani v. Toback, Bernstein & Reiss, LLP et al.*
               Case No.:  1:11-CV-01368

Dear Honorable Sir:

      We represent the defendants in the above-referenced Fair Debt Collection Practices Act matter.

      Plaintiff's counsel has requested an extension of time to file his fee petition until September 21, 2016.  Defendants consent to this request.

      Thank you for your kind consideration of this letter.  If Your Honor has any questions, please feel free to contact the undersigned.

                                  Respectfully submitted,

                                    MATTHEW J. BIZZARO

MJB: aat
cc:    Ahmad Keshavarz, Esq. (via ECF)
        Brian Bromberg, Esq. (via ECF)