

**Matthew J. Bizzaro**
Partner
mbizzaro@lbcclaw.com

Writer's Direct Dial
(516) 837-7441

Attorneys at Law
L'Abbate, Balkan, Colavita & Contini, L.L.P.
1001 Franklin Avenue, Garden City, New York 11530
T. 516.294.8844  F. 516.294.8202
www.lbcclaw.com

October 14, 2016

**VIA ECF**

Hon. Magistrate Judge Viktor V. Pohorelsky
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   *Torres, Leilani v. Toback, Bernstein & Reiss, LLP et al.*
            Case No.: 1:11-CV-01368

Dear Honorable Sir:

      We represent the defendants in the above-referenced Fair Debt Collection Practices Act matter.

      As Your Honor is aware, the parties are currently involved in the implementation of the portion of the settlement regarding the "corrected accounting." This portion of the settlement, involves: (i) checks being issued to more than 20 members of the class, reimbursing them for the amounts which they allegedly overpaid; (ii) correspondence being sent to all class members advising each of the new amounts owed pursuant to the terms of the settlement; and (iii) the filing of partial and full satisfactions of judgment with respect to those individuals whom plaintiff alleges have had judgments obtained against them for incorrect amounts.

      Defendants anticipate that the checks will be issued and the correspondence will be mailed on or before the current deadline of October 21, 2016. Defendants, however, request a two-week extension of time to prepare and file the relevant satisfactions for judgment.

      I have communicated with plaintiff's counsel and he consents to this request.

      Thank you for your kind consideration of this letter. If Your Honor has any questions, please feel free to contact the undersigned.

                                                Respectfully submitted,

                                                MATTHEW J. BIZZARO

MJB:dm
cc:   Ahmad Keshavarz, Esq. (via ECF)
       Brian Bromberg, Esq. (via ECF)